IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL EVANS obo ESTATE OF BRANT EVANS )<br>)<br>)<br>Plaintiff(s) )<br>v. )<br>UNITED STATES OF AMERICA )<br>)<br>)<br>Defendant(s) ) | Civil Action No. 2:14-CV-476-JFC |

## REPORT OF NEUTRAL

A  MEDIATION   session was held in the above captioned matter  JULY 23, 2014

The case (please check one):
X   has resolved
___   has resolved in part (see below)
___   has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____
___ will be held with the neutral within _____ days
___ parties agree that a follow up conference with the Court should be scheduled within ___ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: JULY 23, 2014                    s/ Eugene F. Scanlon, Jr.
                                        Signature of Neutral

Rev.03/09